# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MICHAEL T. COCHRAN,

    *Plaintiff*,

vs.

STATE OF OKLAHOMA, *et al*,

    *Defendants.*

Case No. 17-1168-EFM

## ORDER

This matter is before the Court on Magistrate Judge Kenneth G. Gale's Report and Recommendation (Doc. 6) that the Plaintiff's Complaint (Doc. 1) be dismissed for lack of personal jurisdiction.

Plaintiff signed up to receive all court filings via email and thus received notice of the Report and Recommendation as soon as it was filed on August 3, 2017. Plaintiff was advised he was to file written objections to the proposed recommendation within fourteen (14) days after service of the recommendation. No objections having been filed, this Court accepts the recommended decision of the Magistrate Judge and adopts it as its own.

**IT IS THEREFORE ORDERED**, that pursuant to 28 U.S.C. §1915(e)(2)(B) Plaintiff's Complaint is Dismissed and this case is closed.

**IT IS SO ORDERED.**

Dated this 4th day of January, 2018 in Wichita, Kansas.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE